FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 21 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50420 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00792-WQH |
| v. | |
| JUAN CARLOS VASQUEZ-HERNANDEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Juan Carlos Vasquez-Hernandez appeals from the 44-month sentence

imposed following his jury-trial conviction for being a deported alien found in the

United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. § 1291, and we affirm.

Vasquez-Hernandez contends that the district court procedurally erred by failing to respond to his arguments concerning a letter from a member of the jury. This contention lacks merit, as the record reflects that the district court considered Vasquez-Hernandez's arguments, provided an adequate explanation for rejecting his position, and did not otherwise procedurally err. *See United States v. Carty*, 520 F.3d 984, 992-93 (9th Cir. 2008) (en banc).

Vasquez-Hernandez also contends that his sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the below-Guidelines sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**